1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10  JAMES SANFORD,                    Case No. CIV. S 05-0748 DFL GGH

11        Plaintiff,

12  v.                                **REQUEST FOR DISMISSAL AND
                                      ORDER THEREON AS TO DEFENDANT
13  PEET'S COFFEE & TEA, INC.; VIRGINIA  VIRGINIA WILLETTS ONLY**
    G. WILLETT; and DOES 1 through 10,
14

15        Defendants.

16  _____/

17

18

19

20

21

22

23

24

25

26

27

28

Request for Dismissal and Order Thereon            Sanford v. Peet's Coffee & Tea, et al.
                                                   CIV. S-05-0748 DFL GGH

1   TO THE COURT AND ALL PARTIES:

2        Plaintiff, JAMES SANFORD, and defendant Virginia G. Willett, hereby request that

3   the Court dismiss **VIRGINIA G. WILLETT only** from the above-entitled action, with

4   prejudice.

5        Nothing is this Request for Dismissal shall be construed to affect plaintiff's complaint

6   and claims in the above-referenced case against defendants other than defendant

7   VIRGINIA G. WILLETT.

8   Dated: July 28, 2005                    LAW OFFICES OF LYNN HUBBARD, III

9

10                                          */s/ Scottlynn Hubbard*
                                           SCOTTLYNN J HUBBARD, IV
11                                          Attorneys for Plaintiff

12

13

14

15                                  **ORDER**

16        IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S 05-

17   0748 DFL GGH, is hereby dismissed with prejudice **as to VIRGINIA G. WILLETT only**.

18

19   Dated: August 3, 2005                  /s/ David F. Levi
                                           United States District Court Judge

20

21

22

23

24

25

26

27

28